IN THE U.S. BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

IN RE:

CHARLES ANTHONY PECKHAM }   Case No.: 16-02516
                        }   Chapter 13
        Debtor          }   Judge

ORDER TO UTILIZE INSURANCE PROCEEDS ON AUTOMOBILE DEBT

THIS MATTERIS BEFORE THE COURT upon the Debtor's Motion to Utilize the insurance proceeds. The subject of this motion was a 2015 Chevy Impala Limited LT Serial # 2G1WB5E35F1131029 , which was financed by Insolve Auto Funding c/o Wayfinder BK LLC. By agreement of the parties, the motion shall be granted as follows:

1. The 2015 Chevrolet Impala Serial # 2G1WB5E35F1131029 was destroyed in a collision.

2. GEICO Insurance has agreed to settle the claim for payment in the amount of $5,586.65.

3. The payoff of the vehicle is $3,039.00 leaving $2,547.65.

4. Debtor agrees that the remaining proceeds will go directly the Chapter 13Trustee.

5. Pursuant to the requirements of 11 U.S.C. 1325(a)(5)(B)(i), GEICO Insurance shall send payment to Insolve Auto Funding c/o Wayfinder BK LLC in the amount of $3,039.00 to the following address:

> Insolve Auto Funding c/o Wayfinder BL LLC
> PO Box 64090
> Tucson, AZ 85728-4090

6. Upon making payment to Insolve Auto Funding c/o Wayfinder BK LLC, all excess proceeds shall be paid by GEICO directly to the Chapter 13 Trustee.

7. Upon receipt and the good funds posting to the insurance proceeds, Insolve Auto Funding c/o Wayfinder BK LLC shall amend its Proof of Claim filed in this case to reflect a balance of $0.00,

release on the Vehicle, and send the Vehicle's title to GEICO Insurance.

**IT IS HEREBY ORDERED, ADJUSTED AND DECREED**

**THIS ORDERED WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**

APPROVED FOR ENTRY:


/s/ Chris Coats

Chris Coats BPR# 13748
Attorney for Debtor
722 South Church Street
Murfreesboro, TN 37190
615-459-3131
chris@chriscoatslaw.com

## CERTIFICATE OF SERVICE

I certify that on this 7th day of Febraury, 2020, I furnished a true and correct copy of the foregoing to the following parties in interest:

Office of the Chapter 13 Trustee
P.O. Box 190664
Nashville, TN 37219

Office of the U.S. Trustee
Customs House
701 Broadway Nashville, TN 37203

Christina Tricker
GEICO
Salve/Total Loss Bankruptcy Specialist
4400 Ocmulgee East Blvd.
Macon, GA 31217

Insolve Auto Funder c/o Wayfinder BL LLC
PO Box 64090
Tucson, AZ 85728-4090


Charles Peckham
1507 Hickory Club Drive
Antioch, TN 37013


/s/ Chris Coats