Dated: 3/11/2020

*Marian F. Harrison*
Marian F. Harrison
US Bankruptcy Judge



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

CHARLES ANTHONY PECKHAM } Case No.: 16-02516
                                                           } Chapter 13
     Debtor               } Judge Harrison

## ORDER GRANTING DEBTOR'S EXPEDITIED MOTION TO UTILIZE INSURANCE PROCEEDS

THIS CAUSE CAME TO BE HEARD on the 11th of March, 2020, upon the Expedited Motion to Utilize Insurance Proceeds filed by the Debtor. At the call of the docket, the Court found that there was no objection to said motion and that the motion is well taken and shall be GRANTED as follows:

1. The Debtor shall be authorized to use the insurance proceeds from GEICO Insurance involving the loss of a 2015 Chevy Impala Limited, VIN # 2G1WB5E35F1131029. The loss settlement was for $5,586.65.

2. Insolve Auto Funding is to receive $3,039.00. Insolve Auto Funding shall be required to provide guarantee of title to GEICO Insurance.

3. The Trustee is to receive the remaining debt of $1791.00 . The remainder of the insurance proceeds shall go immediately to the Trustee.

IT IS SO ORDERED.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

Approved for entry:

/s/ Chris Coats
Chris Coats BPR# 013748
Attorney for Debtor
722 South Church Street
Murfreesboro, TN 37130
615-459-3131 phone
615-896-7660 Fax
chris@chriscoatslaw.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.